**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 09-6089**

―――――――――

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

GERALD SALLEY, a/k/a Arthur Jackson, a/k/a G,

        Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Chief District Judge. (3:95-cr-00488-JFA-3)

―――――――――

Submitted: May 21, 2009          Decided: May 28, 2009

―――――――――

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Gerald Salley, Appellant Pro Se. Sean Kittrell, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Salley appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Salley, No. 3:95-cr-00488-JFA-3 (D.S.C. Jan. 5 & Jan. 30, 2009); see United States v. Dunphy, 551 F.3d 247 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED